UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PHELPS, | CASE NO. 1:14-cv-00668-SKO |
| Plaintiff, | |
| v. | **ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| KRISTIN L. HEREDIA, | **(Doc. 2)** |
| Defendants. | |
| _____/ | |

Plaintiff Daniel Phelps ("Plaintiff") filed a complaint on May 6, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Plaintiff's application indicates he is unemployed, but fails to state the name and address of his last employer, the amount of his take home salary, date of last employment, as requested at question 2(b). Plaintiff's application indicates that in the past 12 months Plaintiff received money from disability or workers compensation payments, but fails to describe the source of money, amount received, and amount he expects to continue to receive as requested at question 3. Plaintiff's application further indicates Plaintiff owns a 2000 Isuzu Hombre, but fails to state its value as requested at question 5.

1

1  Accordingly, IT IS HEREBY ORDERED that within 14 days from the date of this order
2  Plaintiff file an amended application to proceed *in forma pauperis* that indicates the details of
3  his last employment, details about funds received from disability or workers compensation, and
4  the value of his 2000 Isuzu Hombre.

5
6  IT IS SO ORDERED.

7  Dated:   **May 8, 2014**                              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE
8