# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PHELPS,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTIN L. HEREDIA, et al.,<br><br>    Defendants.<br>_____/ | Case No.  1:14-cv-00668-LJO-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiff Daniel Phelps ("Plaintiff") is proceeding pro se in this consolidated civil action.[1] On May 6, 2014, Plaintiff filed an application to proceed in forma paueris ("IFP"). (Doc. 2.) On May 8, 2014, Plaintiff was ordered to amend his IFP application, but he has failed to do so. (Doc. 3.) Further, Plaintiff has not paid the $400.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall pay the $400.00 filing fee for this action.  No requests for an extension will be granted without a showing

---

[1] This case has been consolidated with Case No. 1:14-cv-696-LJO-SKO. (Doc. 5.)

1  of good cause.  If Plaintiff fails to pay the filing fee, the Court will recommend that Plaintiff's
2  application for IFP status be denied because it was not amended, and the Court will also
3  recommend that the case be dismissed.

IT IS SO ORDERED.

Dated:   **June 3, 2014**                                  **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

2