# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL PHELPS,** | **1:14-CV-668-LJO-GSA** |
| **Plaintiff,** | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 7)** |
| **v.** | |
| **KRISTIN L. HEREDIA,** | |
| **Defendant.** | |

On August 7, 2014, Plaintiff Daniel Phelps sent a letter to the "U.S. District Court" requesting dismissal of "all cases filed" in this Court. Doc. 7. The Court construes this letter as a request for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because Defendant has not filed an answer or a motion for summary judgment.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   __August 12, 2014__            __/s/ Lawrence J. O'Neill__
                                        UNITED STATES DISTRICT JUDGE

1